United States District Court
Southern District of Texas
**ENTERED**
October 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN GORDON WINDLER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:20-CV-2827 |
| § | |
| CABOT OIL & GAS CORPORATION, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal filed on October 6, 2020 (Doc. No. 12), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

SIGNED at Houston, Texas, this 7th day of October 2020.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE